# MEMO ENDORSED

Law Offices Of
Donna R. Newman
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
tel. 212-229-1516 fax 212-676-7497
donnanewmanlaw@aol.com
Admitted: N.Y. & N.J. Bar

April 21, 2020

<u>By ECF and Electronic Mail</u>
Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10701

Re: United States v. Cooper
    12cr321(KMK)
    Application for Reappoint pursuant to CJA *nunc pro tunc to* April 11, 2020

Dear Judge Kara:

    Pending before this Court is an application for Compassionate Relief I filed on behalf of Antoine Cooper for Compassionate Relief. See Dkt. Entry # 39. As the Court may recall, I was appointed under the Criminal Justice Act, 18 U.S.C. § 3006A to represent Mr. Cooper for his resentencing after his case was remanded by the Second Circuit for resentencing. I respectfully request the Court reappoint me to represent Mr. Cooper, nunc pro tunc, from April 11th, the date I began working on Mr. Cooper's pending Compassionate Relief Motion. I thank Court for its consideration of this request.

Respectfully submitted.
/s/
Donna R. Newman

Granted.

So Ordered.

*[signature]*

4/22/20