

MEMO ENDORSED



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*50 Main Street*
*Suite 1100*
*White Plains, New York 10606*

November 10, 2022

**BY ECF**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
Hon. Charles L. Brieant, Jr.
Federal Building and United States Courthouse
White Plains, New York 10601

    Re:   *United States* v. *Antoine Cooper*, No. 12-CR-321

Dear Judge Karas:

    The government writes respectfully to request that the Court adjourn the November 15, 2022, conference in this matter to permit the parties time to reach agreement on a resolution without the need for a hearing. The defendant joins this request. The parties have conferred with the Court's deputy and confirm that they are available on December 13, 2022, at 3:30 p.m., for a further conference.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York

By: _____
    Ryan W. Allison
    Assistant United States Attorney
    (914) 993-1953

cc:   Defense counsel (by ECF)

SO ORDERED

KENNETH M. KARAS U.S.D.J.

11/14/2022