

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States Attorney's Office*
*50 Main Street, Suite 1100*
*White Plains, New York 10606*

December 8, 2022

**BY ECF**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
Hon. Charles L. Brieant, Jr.
Federal Building and United States Courthouse
White Plains, New York 10601

    Re:   *United States* v. *Antoine Cooper*, No. 12-CR-321

Dear Judge Karas:

    The government writes respectfully to request that the Court adjourn the December 13, 2022, conference in this matter to permit the parties time to reach a resolution without the need for a hearing, and because defense counsel has an illness. The defendant joins this request. The parties have conferred with the Court's deputy and confirm that they are available on January 18, 2023, at 12:00 p.m., for a further conference.

Granted. The conference is moved to 1/18/23, at 12 pm.

So Ordered.

12/8/22

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____
Ryan W. Allison
Assistant United States Attorney
(914) 993-1953

cc:   Defense counsel (by ECF)